No. 73–659. INDIANA v. UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT. Motion of respondent Brooks [see Brooks v. Center Township, 485 F. 2d 383] for leave to proceed in forma pauperis granted. Motion for leave to file petition for writ of mandamus, prohibition, and/or certiorari denied.

No. 73–976. JOHNSON v. WILMER ET AL. Motion for leave to file petition for writ of mandamus, prohibition, and/or certiorari denied. Treating the papers presented as a petition for certiorari, MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–744. LUONGO, U. S. DISTRICT JUDGE v. UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT. Motion for leave to file petition for writ of prohibition and/or mandamus denied.

No. 73–759. EDWARDS, GOVERNOR OF LOUISIANA, ET AL. v. HEALY ET AL. Appeal from D. C. E. D. La. Probable jurisdiction noted and case set for oral argument with No. 73–5744 [immediately infra].

No. 73–5744. TAYLOR v. LOUISIANA. Appeal from Sup. Ct. La. Motion of appellant for leave to proceed in forma pauperis granted. Probable jurisdiction noted and case set for oral argument with No. 73–759 [immediately supra].

No. 73–762. SOSNA v. IOWA ET AL. Appeal from D. C. N. D. Iowa. Probable jurisdiction noted. In addition to questions presented in the jurisdictional statement, parties requested to address themselves to question of whether the United States District Court should have proceeded to the merits of the constitutional issue presented in light of Younger v. Harris, 401 U. S. 37 (1971) and related cases.